UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ASCENCION GOMEZ,

Plaintiff,

v.

J. TYREE, et al.,

Defendants.

No. 1:26-cv-05039-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF

Doc. 9

Ascencion Gomez is a state prisoner proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On August 14, 2026, the magistrate judge screened the first amended complaint pursuant to 28 U.S.C. § 1915A(a). Doc. 9. The magistrate judge found Gomez failed to state a cognizable claim under § 1983 and recommended dismissal with prejudice. *Id.* at 5-7. The Court served the findings and recommendations on Gomez and informed him that any objections were due within 14 days. *Id.* at 8. The Court also advised that a failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 722 F.3d 834, 838-39 (9th Cir. 2014)). Gomez did not file objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes the findings and recommendations are

supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on August 14, 2026 (Doc. 9) are ADOPTED in full.
2. This action is DISMISSED with prejudice for failure to state a cognizable claim upon which relief may be granted.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 13, 2026

UNITED STATES DISTRICT JUDGE